```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06655
    PATSY D ARCHER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-3606


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/20/08 .

    2.  The case was dismissed without confirmation, 07/18/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
-----------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00            .00              .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE   NOT FILED            .00              .00
HYUNDAI MOTOR FINANCE CO  SECURED VEHIC         .00            .00              .00
        Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00            .00
PRINCIPAL PAID           .00          .00          .00          .00            .00
INTEREST PAID            .00          .00          .00          .00            .00
TOTAL PAID               .00          .00          .00          .00            .00
The Debtor's attorney, CHRISTOPHER J FEKETE         , was allowed $         .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/09/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 08 B 06655 PATSY D ARCHER
```